RECEIVED
NOV 21 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CONRAD LEVY, Individually and on Behalf of Others Similarly Situated | CIVIL ACTION NO. 6:16-cv-00043 |
| VERSUS | JUDGE DRELL |
| SCHLUMBERGER TECH CORP. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant Smith International Inc.'s motion for partial summary judgment requesting dismissal of the plaintiff's collective action allegations and claims (Rec. Doc. 21) is GRANTED, and this matter shall proceed as an action brought solely by the plaintiff, Conrad Levy. Furthermore,

IT IS ORDERED that the ruling which conditionally certified a plaintiff class in this lawsuit (Rec. Doc. 58) is VACATED; the defendant's appeal thereof (Rec. Doc. 62) is DENIED AS MOOT; the defendant's motion to stay deadlines (Rec. Doc.

59) is DENIED AS MOOT; the defendant's motion for expedited consideration (Rec. Doc. 60) is DENIED AS MOOT; and the defendant's motion for leave to file an amended memorandum (Rec. Doc. 61) is DENIED AS MOOT.

Signed at Alexandria, Louisiana, this 21st day of November, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT